PAULINE C. COSTER, Appellant, *v.* O. DELANCEY COSTER, Respondent.

Submitted February 23, 1943; decided March 4, 1943.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 438.)

GEORGE SHAW, Appellant, *v.* ROOVER BROS., INC., et al., Respondents.

Submitted February 23, 1943; decided March 4, 1943.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 348.)

HANNA GUSTAVSON, as Administratrix of the Estate of MARGARET GUSTAVSON, Deceased, Respondent and Appellant, *v.* SOUTHERN BOULEVARD RAILROAD COMPANY, Respondent, and SELMA LIPTON, Defendant, Appellant and Respondent. (Action No. 1.)

SELMA S. LIPTON, Appellant, *v.* SOUTHERN BOULEVARD RAILROAD COMPANY, Respondent, et al., Defendant. (Action No. 2.)

Submitted February 23, 1943; decided March 4, 1943.

*William G. Walsh* for motion.

*Addison B. Scoville, Oliver R. Brant* and *Alfred T. Davison,* opposed.

Motion dismissed on the ground that an appeal lies as of right.